UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

RIVERA - GARCIA

Defendant(s)

08 mj 1140-BLM

CRIMINAL NO. ~~08CR 1340~~ - JAH

ORDER

RELEASING MATERIAL WITNESS

Booking No.

2008 APR 30 P 4:11

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jorge Ramirez-Ibarra

DATED: 4/30/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by**

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95