UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08mj1140-BLM |
| | CRIMINAL NO. ~~08CR1340-JAH~~ |
| vs. | ORDER |
| | RELEASING MATERIAL WITNESS |
| RIVERA-GARCIA | Booking No. |
| Defendant(s) | |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Roberto Becerra-Barrera

2008 APR 30 P 4:11

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

DATED: 4/30/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]

**Deputy Clerk**